DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUNIOR MENTOR,**
Appellant,

v.

**SAMANTHA NORMIL,**
Appellee.

No. 4D2023-0956

[June 20, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Stephanie Farris Tew, Judge; L.T. Case No. 502022SC020504.

Junior Mentor of Law Offices of J. Mentor, PLLC, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979); Fla. R. App. P. 9.200(f)(2).

KLINGENSMITH, C.J., GROSS and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***